OPINIONS PER CURIAM, ETC., FROM FEBRUARY 27
TO APRIL 29, 1907.

No. —, Original. *Ex parte:* IN THE MATTER OF JOHN ARM-
STRONG CHANLER, PETITIONER. Submitted February 25, 1907.
Decided March 4, 1907. Motion for leave to file petition for
a writ of prohibition denied. *Mr. George W. Watt* and *Mr.
James M. Dohan* for petitioner. *Mr. Joseph H. Choate, Jr.,*
opposing.

———

Nos. 210 and 211. ISAAC W. FOWLER, RECEIVER, ETC.,
APPELLANT, *v.* JOHN C. OSGOOD. Appeals from the Circuit
Court of the United States for the District of Colorado. Argued
February 27, 1907. Decided March 4, 1907. *Per Curiam.*
Dismissed for the want of jurisdiction on the authority of
*Louisville Trust Company* v. *Knott,* 195 U. S. 225, and cases
therein cited; *Bache v. Hunt,* 193 U. S. 523, 525. *Mr. Joseph
C. Helm* and *Mr. N. T. Guernsey* for appellant. *Mr. Cass
E. Herrington* and *Mr. David C. Beaman* for appellee.

———

No. 461. JOHN ROMIG ET AL., APPELLANTS, *v.* MYRTLE
GILLETT. Appeal from the Supreme Court of the Territory
of Oklahoma. Motion to dismiss submitted February 25, 1907.
Decided March 4, 1907. *Per Curiam.* Dismissed for the
want of jurisdiction. *Schlosser* v. *Hemphill,* 198 U. S. 173,
and cases cited in *California Consolidated Mining Co.* v. *Man-
ley,* 203 U. S. 579. *Mr. A. A. Hoehling, Jr.,* for appellants.
*Mr. Henry F. Woodard* and *Mr. A. A. Birney* for appellee.